1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# SEALED

**Office of the United States Attorney**
District Of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702)388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ROGER W. WENTHE
3  Assistant United States Attorney
   Nevada Bar No. 8920
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Ph:  702-388-6336
   Fax: 701-388-6787
6  Email: roger.wenthe@usdoj.gov
   Attorneys for the United States

7

8

9                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
10

11  United States of America,                    )
                                                 )   Case No.: 2:14-cv-01075-APG-VCF
12                          Plaintiff,            )
                                                 )
13            v.                                  )
                                                 )   **MOTION TO ADMIT GOVERNMENT**
14  Peter B. Lazare, Individually, and as Trustee of the )  **ATTORNEY TO PRACTICE IN THE**
    Jon J. Edelman Trust; Ian Williams, as Trustee of )  **DISTRICT OF NEVADA FOR DURATION**
15  the Aurora Borealis Trust; Premier Trust, Inc., as )  **OF ATTORNEY'S GOVERNMENT**
    Trustee of the Aurora Borealis Trust,        )   **EMPLOYMENT**
16                                               )
                            Defendants.          )
17  _____)

18          Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable

19  Court admit Government attorneys Waymon G. DuBose, Jr. and Curtis C. Smith to practice in the

20  District of Nevada for the above-captioned case and in all matters in this district during the period of his

21  employment by the United States.  Rule IA 10-3 provides:

22          Unless otherwise ordered by the Court, any nonresident attorney who is a member in
            good standing of the highest court of any state, commonwealth, territory, or the
23          District of Columbia, who is employed by the United States as an attorney and, while
            being so employed, has occasion to appear in this Court on behalf of the United
24          States, shall, upon motion of the United States Attorney or the Federal Public
            Defender for this district or one of the assistants, be permitted to practice before this
25          court during the period of such employment.

26

Mr. DuBose and Mr. Smith are attorneys with United States Department of Justice, Tax Division, an agency of the federal government.  Mr. DuBose is a member in good standing of the Texas State Bar (no. 06152000).  Mr. Smith is a member in good standing of the Arizona State Bar (no. 026374).

The following contact information is provided to the Court:

WAYMON G. DuBOSE, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Telephone:     (214) 880-9726
                       (214) 880-9734
Facsimile:      (214) 880-9742
Email:
waymon.g.dubose@usdoj.gov

CURTIS C. SMITH
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Telephone:     (214) 880-9726
                       (214) 880-9734
Facsimile:      (214) 880-9742
Email:
curtis.c.smith@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit attorneys Waymon G. DuBose, Jr. and Curtis C. Smith to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 1st day of July 2014.

DANIEL G. BOGDEN
United States Attorney

ROGER W. WENTHE
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  July 1, 2014.

UNITED STATES DISTRICT JUDGE