GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PETER B. LAZARE, INDIVIDUALLY, AND AS TRUSTEE OF THE JON J. EDELMAN TRUST; IAN WILLIAMS, AS TRUSTEE OF THE AURORA BOREALIS TRUST; PREMIER TRUST, INC., AS TRUSTEE OF THE AURORA BOREALIS TRUST,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:14-cv-001075-APG-VCF<br><br>**STIPULATION AND ORDER TO FILE OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT** |

　　　　The parties having filed motions for summary judgment, on May 13, 2015, Plaintiff United States of America ("Plaintiff"), and Defendants Peter B. Lazare, Individually, and as Trustee of the Jon J. Edelman Trust, and Ian Williams, as Trustee of the Aurora Borealis Trust ("Defendants"), hereby stipulate to extend the date to file their respective oppositions and

. . .

. . .

. . .

. . .

. . .

. . .

Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

1 of 2

responses from June 5, 2015 to **June 12, 2015.**

GARMAN TURNER GORDON LLP

/s/ Eric R. Olsen
ERIC R. OLSEN
Nevada Bar No. 3127
650 White Drive, Suite 100
Las Vegas, Nevada 89119
(725) 777-3000
*Attorneys for Defendants Peter Lazare, individually, and as trustee for the Jon J. Edelman Trust, and Ian Williams, as trustee for the Aurora Borealis Trust*

/s/ Waymon G. DuBose, Jr.
WAYMON G. DuBOSE, JR.
Texas Bar No. 06152000
CURTIS C. SMITH
Arizona Bar No. 026374
Trial Attorneys, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
Telephone: (214) 880-9726
 (214) 880-9734
Facsimile: (214) 880-9741
Email: waymon.g.dubose@usdoj.gov
 curtis.c.smith@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney
*Attorneys for Plaintiff United States*

IT IS HEREBY ORDERED this 29th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

2 of 2