CAROLINE D. CIRAOLO
Acting Assistant Attorney General

WAYMON G. DuBOSE, JR
CURTIS C. SMITH
Trial Attorneys, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Telephone:   (214) 880-9726
             (214) 880-9734
Facsimile:   (214) 880-9741
Email:       waymon.g.dubose@usdoj.gov
             curtis.c.smith@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

United States of America, )
               Plaintiff, )
               v. )
Peter B. Lazare, Individually, and as Trustee of the )
Jon J. Edelman Trust; Ian Williams, as Trustee of the )
Aurora Borealis Trust; Premier Trust, Inc., as Trustee )
of the Aurora Borealis Trust, )
               Defendants. )

Case No.   2:14-cv-01075-APG-VCF

**STIPULATION AND ORDER TO FILE REPLIES TO RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**

The parties filed motions for summary judgment on May 13, 2015, and filed responses on June 12, 2015. The Edelman Trust's Taos, New Mexico property is scheduled to be sold pursuant to court order (*Acheff v. Lazare,* doc. 219) by the United States using an Internal Revenue Service Property Appraisal and Liquidation Specialist at a public auction sale on July 8, 2015.  Any proceeds received by the United States will be credited to its $1,601,000 constructive judgment against the Edelman Trust at issue in this case.  Plaintiff United States of America ("Plaintiff"), and Defendants Peter B. Lazare, Individually, and as Trustee of the Jon J. Edelman Trust, and Ian Williams, as Trustee of the Aurora Borealis Trust

1

929261.1

("Defendants"), hereby stipulate to extend the date to file their respective replies from June 29, 2015 to **July 31, 2015.**

                                CAROLINE D. CIRAOLO
                                Acting Assistant Attorney General
                                Tax Division, U. S. Department of Justice

                                /s/ Waymon G. DuBose, Jr.
                                WAYMON G. DuBOSE, JR.
                                Texas Bar No. 06152000
                                CURTIS C. SMITH
                                Arizona Bar No. 026374
                                Trial Attorneys, Tax Division
                                717 N. Harwood, Suite 400
                                Dallas, Texas   75201
                                Telephone:  (214) 880-9726
                                                        (214) 880-9734
                                Facsimile:   (214) 880-9741
                                Email:   waymon.g.dubose@usdoj.gov
                                                  curtis.c.smith@usdoj.gov

                                Of Counsel:
                                DANIEL BOGDEN
                                United States Attorney
                                Attorneys for the United States of America

**IT IS SO ORDERED.**                 GARMAN TURNER GORDON LLP

Dated:  June 24, 2015.               /s/ Eric R. Olsen
                                ERIC R. OLSEN
                                Nevada Bar No. 3127
                                650 White Drive, Suite 100
_____    Las Vegas, Nevada 89119
UNITED STATES DISTRICT JUDGE  (725) 777-3000
                                Attorneys for Defendants Peter Lazare,
                                individually, and as trustee for the Jon J.
                                Edelman Trust, and Ian Williams, as trustee for
                                the Aurora Borealis Trust

929261.1