CAROLINE D. CIRAOLO
Acting Assistant Attorney General

WAYMON G. DuBOSE, JR
CURTIS C. SMITH
Trial Attorneys, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Telephone:   (214) 880-9726
             (214) 880-9734
Facsimile:   (214) 880-9741
Email:       waymon.g.dubose@usdoj.gov
             curtis.c.smith@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:14-cv-01075-APG-VCF |
| v. | ) | STIPULATION AND ORDER TO FILE REPLIES TO RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT AND RESPONSE TO COUNTERMOTION FOR SUMMARY JUDGMENT |
| Peter B. Lazare, Individually, and as Trustee of the Jon J. Edelman Trust; Ian Williams, as Trustee of the Aurora Borealis Trust; Premier Trust, Inc., as Trustee of the Aurora Borealis Trust, | ) | |
| Defendants. | ) | |

   The parties filed motions for summary judgment on May 13, 2015, and filed responses on June 12, 2015. The Edelman Trust's Taos, New Mexico property was scheduled to be sold pursuant to court order (*Acheff v. Lazare*, doc. 219) by the United States using an Internal Revenue Service Property Appraisal and Liquidation Specialist at a public auction sale on July 8, 2015. Any proceeds received by the United States will be credited to its $1,601,000 constructive judgment against the Edelman Trust at issue in this case. On June 24, 2015, the Court entered an Order (doc. 45) approving the parties' stipulation to extend the date to file their respective replies from June 29, 2015 to July 31, 2015. On July 1, 2015, the Court entered an Order (doc. 49) approving the parties' stipulation to extend the date for the Plaintiff to

1

935862.1

file a response to the Defendants' countermotion for summary judgment (doc. 44) filed on June 12, 2015, from July 6, 2015, to July 31, 2015. No bids were received at the public auction sale on July 8, 2015. The Edelman Trust's Taos, New Mexico property has been re-scheduled to be sold pursuant to court order (*Acheff v. Lazare,* doc. 219) by the United States using an Internal Revenue Service Property Appraisal and Liquidation Specialist at a public auction sale on August 26, 2015. Plaintiff United States of America ("Plaintiff"), and Defendants Peter B. Lazare, Individually, and as Trustee of the Jon J. Edelman Trust, and Ian Williams, as Trustee of the Aurora Borealis Trust ("Defendants"), hereby stipulate to extend the date to file their respective replies and response from July 31, 2015 to **September 4, 2015.**

**IT IS SO ORDERED.**

Dated: July 24, 2015.

_____
United States District Judge

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division, U. S. Department of Justice

/s/ Waymon G. DuBose, Jr.
WAYMON G. DuBOSE, JR.
Texas Bar No. 06152000
CURTIS C. SMITH
Arizona Bar No. 026374
Trial Attorneys, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
Telephone: (214) 880-9726
              (214) 880-9734
Facsimile: (214) 880-9741
Email: waymon.g.dubose@usdoj.gov
       curtis.c.smith@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney
Attorneys for the United States of America

2

935862.1

GARMAN TURNER GORDON LLP

/s/ Eric R. Olsen
ERIC R. OLSEN
Nevada Bar No. 3127
650 White Drive, Suite 100
Las Vegas, Nevada 89119
(725) 777-3000
Attorneys for Defendants Peter Lazare, individually, and as trustee for the Jon J. Edelman Trust, and Ian Williams, as trustee for the Aurora Borealis Trust

IT IS SO ORDERED this ____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

3

935862.1