1    GARMAN TURNER GORDON LLP
     ERIC R. OLSEN
2    Nevada Bar No. 3127
     Email: eolsen@gtg.legal
3    650 White Drive, Suite 100
     Las Vegas, Nevada 89119
4    Tel: (725) 777-3000/Fax: (725) 777-3112
     Attorneys for Peter Lazare
5

6                        **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,

9                            Plaintiff,          | CASE NO. 2:14-cv-001075-APG-VCF

10   vs.                                         | **STIPULATION AND ORDER TO FILE**
                                                 | **REPLIES TO RESPONSES TO MOTIONS**
11   PETER B. LAZARE, INDIVIDUALLY, AND          | **FOR SUMMARY JUDGMENT AND**
     AS TRUSTEE OF THE JON J. EDELMAN            | **RESPONSE TO COUNTERMOTION FOR**
12   TRUST; IAN WILLIAMS, AS TRUSTEE OF          | **SUMMARY JUDGMENT**
     THE AURORA BOREALIS TRUST; PREMIER
13   TRUST, INC., AS TRUSTEE OF THE
     AURORA BOREALIS TRUST,

14                           Defendants.

15

16          The parties filed Motions for Summary Judgment on May 13, 2015, and filed responses on

17   June 12, 2015.   The Edelman Trust's Taos, New Mexico property was scheduled to be sold

18   pursuant to court order (*Acheff v Lazare*, Doc. 219) by the United States using an Internal Revenue

19   Service Property Appraisal and Liquidation Specialist at a public auction sale on July 8, 2015.

20   Any proceeds received by the United States will be credited to its $1,601,000 constructive

21   judgment against the Edelman Trust at issue in this case.

22          On June 24, 2015, the Court entered an Order (Doc. 45) approving the parties' stipulation

23   to extend the date to file their respective replies from June 29, 2015 to July 31, 2015, after the sale

24   date.  On July 1, 2015, the Court entered an Order (Doc. 49) approving the parties' stipulation to

25   extend the date for the Plaintiff to file a response to the Defendants' countermotion for summary

26   judgment (Doc. 44) filed on June 12, 2016, from July 6, 2015, to July 31, 2015.

27          No bids were received at the public auction sale on July 8, 2015.  Sale of the Edelman

Garman Turner Gordon
LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000                              1 of 3

                                                                                          945152.1

1    Trust's Taos, New Mexico property pursuant to court order (*Acheff v Lazare*, Doc. 219) by the

2    United States at a public auction sale was then re-scheduled to August 26, 2015. Therefore, on

3    July 24, 2015, the court approved the parties' stipulation to extend the date to file their respective

4    replies and response from July 31, 2015 until September 4, 2015, a date after the re-scheduled

5    public auction, and the Court so ordered. (Doc. 54)

6         No bids were received at the public auction sale on August 26, 2015, but Plaintiff and

7    Defendants have expressed interest in exploring settlement before engaging in further briefing.

8    Plaintiff United States of America ("Plaintiff"), and Defendants Peter B. Lazare, Individually, and

9    as Trustee of the Jon J. Edelman Trust, and Ian Williams, as Trustee of the Aurora Borealis Trust

10   ("Defendants"), therefore, stipulate to briefly extend the date to file their respective replies and

11   response from September 4, 2015, to September 11, 2015. Should settlement discussions

12   . . .

13   . . .

14   . . .

15   . . .

16   . . .

17   . . .

18   . . .

19   . . .

20   . . .

21   . . .

22   . . .

23   . . .

24   . . .

25   . . .

26   . . .

27   . . .

Garman Turner Gordon
LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

945152.1

1    prove fruitful and additional time be required to pursue settlement, the parties reserve the right to

2    seek a further extension from the court.

3    Dated: this 3rd day of September, 2015.          Dated: this 3rd day of September, 2015.

4    GARMAN TURNER GORDON LLP                          CAROLINE D. CIRAOLO

5                                                      Acting Assistant Attorney General
                                                       Tax Division, U. S. Department of Justice

6    /s/ Eric R. Olsen                                 /s/ Waymon G. DuBose, Jr.
     ERIC R. OLSEN                                     WAYMON G. DuBOSE, JR.
7    Nevada Bar No. 3127                               Texas Bar No. 06152000
     650 White Drive, Suite 100                        CURTIS C. SMITH
8    Las Vegas, Nevada 89119                           Arizona Bar No. 026374
     Tel: (725) 777-3000                               Trial Attorneys, Tax Division
9    Fax: (725) 777-3112                               717 N. Harwood, Suite 400
     *Attorneys for Defendants*                        Dallas, Texas  75201
10                                                     Telephone:  (214) 880-9726
                                                                   (214) 880-9734
11                                                     Facsimile:   (214) 880-9741
                                                       Email:  waymon.g.dubose@usdoj.gov
12                                                              curtis.c.smith@usdoj.gov

13                                                     Of Counsel:
                                                       DANIEL BOGDEN
14                                                     United States Attorney
                                                       *Attorneys for Plaintiff United States*
15                                                     WAYMON G. DUBOSE, JR.
                                                       717 N. Harwood, Suite 400
16                                                     Dallas, Texas 75201
                                                       (214) 880-9726
17                                                     *Attorneys for Plaintiff*

18

19

20       IT IS HEREBY ORDERED this 3rd day of __ September         2015.

21

22                                           _____
                                             UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

27

28

Garman Turner Gordon
LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

945152.1