UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

United States of America,                            )
                                                     )      Case No. 2:14-cv-01075-APG-VCF
                                  Plaintiff,          )
            v.                                       )
                                                     )
Peter B. Lazare, Individually, and as Trustee of the )      **FINAL JUDGMENT**
Jon J. Edelman Trust; Ian Williams, as Trustee of    )
The Aurora Borealis Trust; Premier Trust, Inc., as   )
Trustee of the Aurora Borealis Trust,                )
                                                     )
                                  Defendants.         )

On March 4, 2016, the Court entered an Order (Dkt.# 61) (1) Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment, (2) Granting Lazare's Motion for Summary Judgment on Count II, (3) Granting in Part and Denying in Part Defendants' Countermotion for Summary Judgment, and (4) Denying Lazare's Motion for Leave to File.

IT IS THEREFORE ORDERED AND ADJUDGED:

1.       that the transfer by Peter B. Lazare, the Trustee of the Edelman Trust a/k/a the Jon. J. Edelman Trust, of the Edelman Trust's beneficial interest in the Estate of Mildred Ash (i.e., the income stream from the Estate's ownership of real property in Las Vegas, Nevada) to the Aurora Borealis Trust in late October 2013 was a fraudulent transfer under Nevada law, that the transfer was and is fraudulent and of no effect as to the claims of the United States, and that the fraudulent transfer is hereby set aside (Court I);

2.       that Peter B. Lazare is not personally liable under 31 U.S.C. § 3713 to the United States (Court II).

3.       that, subject to the automatic stay provided by Fed. R. Civ. Pro. 62(a) and any subsequent stay imposed by order of this Court, the Clerk of this Court shall disburse $1,572,718 (plus accrued interest) deposited by Ian Williams, the Family Trustee and Independent Trustee of the Aurora Borealis

Trust, in the registry of the Court (Notice of Deposit of Funds (Dkt.# 51) and the Certificate of Cash

Deposit (Dkt.#52) filed on July 23, 2015), to the United States of America, by making a check payable to

the "U.S. Department of Justice" and mailing to:

> U.S. Department of Justice
> Attn: Waymon G. DuBose, Jr.
>        Curtis C. Smith
> Trial Attorneys, Tax Division
> 717 N. Harwood Street, Suite 400
> Dallas, Texas 75201

    4.    that the parties shall bear their respective costs, including any possible attorneys' fees or

other expenses of litigation.

    DATED this __4th__ day of _____April_____ , 2016.


_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2